# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        **Plaintiff,**

    **v.**                                     **Case No. 07-C-0322**

WAUPUN TERRACE,
RAYMOND L. TETZLAFF,
THOMAS G. LARSON, and
WILLIAM H. LARSON,

        **Defendants.**

## ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE

The United States of America has moved pursuant to Federal Rules of Civil Procedure 41(a)(2) to dismiss this action with prejudice and without costs and fees because the principal defendant has sold the property involved and reached a Settlement Agreement with the plaintiff. Pursuant to the terms of the sale, the United States of America received the sum of $766,073.64 and issued a Release of Mortgage. All issues have been resolved, and accordingly, IT IS HEREBY ORDERED that this matter is hereby dismissed with prejudice and without costs and fees.

SO ORDERED this 17th day of July, 2007.

                             s/ Rudolph T. Randa
                             HON. RUDOLPH T. RANDA
                             United States District Judge